IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.

MARQUIS LOPEZ SR.,

Defendant.

Criminal Action No. 21 - 77-JNA



### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 16, 2021, in the State and District of Delaware, **MARQUIS LOPEZ SR.**, defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Delaware, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit, a Smith and Wesson SD40VE, serial number FCD9663, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

///

FILED

DEC - 7 2021

U.S. DISTRICT COURT

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Smith and Wesson SD40VE, serial number FCD9663 and all ammunition.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Daniel Logan
Assistant United States Attorney

Dated:   December 7, 2021